John E. Lord (CA SBN 216111)
Email: jlord@onellp.com
ONE LLP
9301 Wilshire Blvd, Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Joseph K. Liu (CA SBN 216227)
Email: jliu@onellp.com
Christopher W. Arledge (CA SBN 200767)
Email: carledge@onellp.com
ONE LLP
4000 MacArthur Blvd
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

***Counsel for Plaintiff Interface Linx, LLC***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INTERFACE LINX, LLC, a California limited liability company, | Case No. 2:17-cv-03194 |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| VOXX INTERNATIONAL CORPORATION d/b/a ADVENT, a Delaware corporation; VOXX ELECTRONICS CORPORATION, a Delaware corporation; INVISION AUTOMOTIVE SYSTEMS INC., a Delaware corporation; and KLIPSCH GROUP, INC., an Indiana corporation, | |
| Defendants. | |

For its Complaint against Defendants Voxx International Corporation d/b/a Advent ("Voxx"), Voxx Electronics Corporation ("VEC"), Invision Automotive Systems Inc. ("Invision"), and Klipsch Group, Inc. ("Klipsch") (collectively "Defendants"), Plaintiff Interface Linx, LLC ("Interface" or "Plaintiff") alleges as follows:

## THE PARTIES

1.      Plaintiff Interface Linx, LLC ("Interface") is a California limited liability company having a principal place of business at 35 Hugus Alley, Suite 210, Pasadena, CA 91103.

2.      On information and belief, Voxx International Corporation, ("Voxx") is a corporation organized under the laws of Delaware and has its principal place of business at 180 Marcus Blvd., Hauppauge, NY 11788 and has appointed Corporation Service Company, 2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA 95833, as its agent for service of process.

3.      On information and belief, Voxx Electronics Corporation ("VEC") is a wholly-owned subsidiary of Voxx, and is a corporation organized under the laws Delaware and has its principal place of business at 150 Marcus Blvd., Hauppauge, NY 11788 and has appointed Corporation Service Company, doing business as CSC – Lawyers Incorporating Service, 2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA 95833, as its agent for service of process.

4.      On information and belief, Invision Automotive Systems Inc. ("Invision") is a wholly-owned subsidiary of Voxx, and is a Delaware corporation, with its principal place of business at 150 Marcus Blvd., Hauppauge, NY 11788 and has appointed Corporation Service Company, doing business as CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA 95833, as its agent for service of process.

5.      On information and belief, Klipsch Group, Inc. ("Klipsch") is a wholly-owned subsidiary of Voxx, and is a corporation organized under the laws

1

of Indiana, with a principal place of business of 3502 Woodview Trace, Suite 200, Indianapolis, Indiana 46268 and has appointed Corporation Service Company, 2900 SW Wanamaker Drive, Suite 204, Topeka, Kansas 66614, as its agent for service of process.

**JURISDICTION AND VENUE**

6.     This is a civil action for patent infringement arising under the Patent Act of the United States, 35 U.S.C. §§ 1 *et seq*.  This court has subject matter jurisdiction of such federal question claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.     This Court has personal jurisdiction over Defendants in this action because Defendants have committed acts within this district giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice. Defendants, directly and indirectly, have committed and continue to commit acts of infringement in this district by, among other things, offering to sell and selling products and/or services that infringe the asserted patent.

8.     Venue is proper under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b) in that the acts and transactions complained of herein were conceived, carried out, made effective, and had effect within the State of California and within this district, among other places.  Defendants reside in this district by virtue of their business activities in this district and having committed acts of direct and indirect infringement in this district.

**INTERFACE'S PATENT-IN-SUIT**

9.     On January 21, 2003, the United States Patent & Trademark Office duly and legally issued United States Letters Patent No. 6,508,678 ("the '678 Patent"), entitled "Electrical Connector Assembly."

10.    The '678 Patent is owned by Interface.

## FIRST CLAIM FOR RELIEF
## AGAINST DEFENDANTS FOR DIRECT, INDUCING, AND
## CONTRIBUTORY INFRINGEMENT

Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1-10 of the Complaint as though fully set forth herein.

11.     A true and correct copy of the '678 Patent is attached as Exhibit A and incorporated herein by reference.

12.     Defendants have been and now is infringing at least claim 1 of the '678 Patent in this district, and elsewhere in the United Stated by, among other things; making, using, importing, offering for sale, and/or selling products that infringe the '678 Patent.

13.     Defendants make, use and sell, within the United States, a plurality of electrical connector assemblies which are integrated into a diverse class of electronic products that infringe the '678 Patent (collectively referred to hereinafter as "Accused Systems"), and which are designed to the specifications of HDMI Type A.

14.     The electrical connector assembly of claim 1 offers significant improvements in plug and receptacle design, which greatly improve ease of connectivity and the potential for data transfer once the connection is made.  The physical design, envisioned with great specificity by the '678 Patent, offered such improvements over the prior art that the HDMI standards utilized this design to create the Type A plug and receptacle found on the vast majority of electronic devices today.

15.     Defendants make and sell products that utilize the electrical connector assembly of the '678 Patent.  These Accused Systems include, for example and without limitation, Defendant Voxx's Vehicle A/V products, such as the 12.1" Digital Hi-Def Overhead Monitor System with DVD and HD Inputs ADVEXL12A; Defendant VEC's Vehicle A/V products, such as the Audiovox VODEXL10A 10.1-inch Hi-Def digital overhead system; Defendant Invision's Vehicle A/V products,

COMPLAINT FOR PATENT INFRINGEMENT

such as the INVISION ConnectedHD 8" Headrest System HR8D; and Defendant
Klipsch's Soundbars, such as the Klipsch Reference RSB-14 Sound Bar.

16.     Defendants' Accused Systems are designed with the first element of
claim 1.  Specifically, Defendants' Accused Systems require both plugs and
receptacles to form the electrical connector assembly and transfer data, including
audio and video, over the HDMI connection.  This plug must include plug housing
with the mating portion within, the mating portion defined by a multi-sided
confining wall.  An example of this plug can be found at Defendants' website
http://www.acoustic-research.com/platinum-series-hdmi/, as shown below:



17.     Defendants' Accused Systems are further designed with the second
element of claim 2.  Specifically, Defendants' Accused Systems require both plugs
and receptacles to form the electrical connector assembly and transfer data,
including audio and video, over the HDMI connection.  This receptacle must include
a mating portion with terminals mounted inside within, the mating portion defined
by a multi-sided confining wall.  An example of this receptacle can be found at
Defendant Voxx's website and materials http://www.adventproducts.com/mobile-
video/overheads/?sku=ADVEXL12A and
http://www.adventproducts.com/docs/common/ADVEXL12A/ADVEXL12A_OM.p
df, as shown below:

4



**HDMI 1 & HDMI 2**
The HDMI inputs allow the user to enjoy high-definition digital images and high-quality sound by connecting a HD device such as a Blu-ray player or smartphone with an HDMI output to the system. The HDMI inputs also allow the user to connect with a Mobile High-Definition Link (MHL) mobile phone. Plug in the HDMI/MHL device with a special adapter available from your mobile phone provider. See page 30 for more information.



**3.  HDMI/MHL 1 INPUT**
For connection of devices with HDMI/MHL outputs. See page 30 for more information.
**Note:** Requires a HDMI/MHL enabled device and a special HDMI/MHL adapter. Contact your HDMI/MHL device supplier for the adapter.

Another example of this receptacle can be found at Defendant VEC's website and materials http://www.voxxelectronics.com/mobile-video/?sku=VODEXL10A and http://www.voxxelectronics.com/docs/common/VODEXL10A/VODEXL10A_OM.pdf., as shown below:



• 1 User accessible and 1 Hidden HDMI/MHL Input (Hidden HDMI/MHL Input requires optional pigtail harness (HDIP1)

The VODEXL10A 10.1-inch Hi-Def digital overhead system will transform any backseat into a traveling entertainment center featuring HDMI/MHL inputs that give the user direct connection to any HDMI/MHL enabled device: smart phones, tablets, even Smart-TV devices. Audiovox is delivering more choices in device connectivity, more capability to enhance entertainment and more value than ever before. The VODEXL10A Overhead system incorporates certified HDMI/MHL inputs, giving you direct connection to any HDMI/MHL enabled device: smart phones, tablets, even Smart-TV devices. Our mobile video products provide delivery of high-definition audio and video content without losing the use of the DVD, making your entertainment possibilities literally endless. This system also features 10.1-inch Hi-Def digital, M1/M2 operations (when 2 units are installed in one vehicle), built-in 100 channel FM modulator with FM transmitter functions and 2 wireless fold flat headphones.



**4. HDMI/MHL 1 INPUT**
   For connection of devices with HDMI/MHL outputs. See page 30 for more information.

**HDMI 1 & HDMI 2**
The HDMI inputs allow the user to enjoy high-definition digital images and high-quality sound by connecting a HD device such as a Blu-ray player or smartphone with an HDMI output to the system. The HDMI inputs also allow the user to connect with a Mobile High-Definition Link (MHL) mobile phone.

An example of this receptacle can also be found at Defendant Invision's website and materials http://www.invisiondirect.com/HD-8/ and http://www.invisiondirect.com/docs/common/INV8HH01/INV8HH01_OM.pdf., as shown below:

6



# 8" DUAL DVD HDMI FACTORYMATCH REPLACEMENT HEADREST SYSTEM

INVISION continues to focus on providing greater connectivity for an enhanced rear seat entertainment experience. Our premium headrest and overhead products come with built-in HDMI/MHL inputs, delivering unlimited options in high-definition content delivery without having to sacrifice traditional DVD viewing. Of course, these new products have been



**Figure 6**

8. **HDMI/MHL INPUT**
   For connection of device with HDMI/
   MHL output.

7

**9. JACK COVERS**
Used to protect and cover the HDMI jack and USB port when not in use.

**HDMI (HDMI/MHL)**
**Input located on the front of the unit**
This input can be used for devices with HDMI or MHL output ports (such as smartphones, tablets, HDMI/MHL devices) and may require the purchase of an HDMI cable and HDMI adapter which is available from your device manufacturer. Each device has unique requirements, please consult with your device or smartphone manufacturer to determine which type of output your device supports.

Another example of this receptacle can also be found at Defendant Klipsch's website and materials http://assets.klipsch.com/product-specsheets/RSB-14-Spec-Sheet.pdf and http://blog.son-video.com/en/?s=t%C3%A9l%C3%A9commande, as shown below:

**HDMI 2.0 FOR 4K VIDEO PASS THROUGH**

Whether or not you already have a 4K TV, the **Klipsch Reference RSB-14** sound bar is the best choice for superior sound. Three HDMI 2.0 inputs with HDCP 2.2 provide for easy connection of your cable/DSS box, Blu-Ray player, and gaming system. One HDMI cable out to your TV provides for a superior picture. One HDMI cable is included.

| INPUTS | 3 x HDMI 2.0 with HDCP 2.2 compatibility<br>Optical Digital<br>3.5mm miniplug (analog)<br>Bluetooth 2.0 with apt-X® audio decoding<br>WIFI (for DTS Play-Fi™) |
|--------|--------|
| OUTPUTS | 1 x HDMI 2.0 with HDCP 2.2 compatibility<br>WIFI (for DTS Play-Fi™) |



*Note that the HDMI 2.0 connectors are compatible with HDCP 2.2. As such, they handle 4K UHD video stream, which they convey without processing (Passthrough) from the source to the display.*

8

18.    Defendants' Accused Systems are further designed with the third element of claim 1.  HDMI Type A plugs and receptacles, like those used by Defendants in their Accused Systems, are designed with a plurality of confining walls that are specifically designed and oriented.  In order for a plug and receptacle to be used together, their confining walls must utilize the same shape, with the plug being sized smaller in order to fit within the receptacle.

19.    In HDMI Type A connectors, like those designed into Defendants' Accused Systems, the first and second sides are found opposite of each other and the first side is longer than the second side.  A pair of third sides are then connected to the opposite ends of the first side, each of the pair being shorter than either the first or second side.  A pair of fourth sides are then connected to the opposite ends of the second side, but the width between the two fourth sides must be less than that between the two third sides.  Finally, a pair of fifth sides are then connected between to connect the third and fourth side of their respective sides, the fifth sides must be angled away from each other while extending from the fourth sides to the third sides that they connect to.  This is illustrated by the following diagram, which has been color coded to follow the claim language and has had each of the sides of the receptacle labeled in accordance with the claim language.



9

20.     Defendants' Accused Systems are further designed with the fourth element of claim 1.  As shown in the figure above, in HDMI Type A connectors, like those designed into Defendants' Accused Systems, the first and second sides run substantially parallel to each other.  Further, the third sides are substantially perpendicular to the first side.

21.     Defendants' Accused Systems are further designed with the final element of claim 1.  As shown in the figure above, in HDMI Type A connectors, like those designed into Defendants' Accused Systems, the fourth sides extend obliquely from each end of the second side.

22.     The '678 Patent has been cited by over 50 issued patents and published patent applications as relevant prior art.

23.     By making, using, selling, and offering for sale such devices, and all like products that are covered by one or more claims of the '678 Patent, including at least claim 1, Defendants have infringed and continue to infringe the '678 Patent, including infringement under 35 U.S.C. § 271.

24.     On information and belief, Defendants have also indirectly infringed and continue to indirectly infringe the '678 Patent by actively inducing direct infringement by other persons, such as their customers and end users, who operate systems that embody or otherwise practice one or more of the claims of the '678 Patent, when Defendants had knowledge (or willful blindness thereto) of the '678 Patent and that the activities they were inducing would result in direct infringement by others and intended that their actions would induce direct infringement by others. Defendants intended and were aware that the normal and customary use of the Accused Systems would infringe the '678 Patent.

25.     Defendants intended to induce other persons, such as their customers and end users, to directly infringe the '678 Patent by (1) advising or directing them to make, use, sell, or import the Accused Systems, (2) advertising and promoting the use of the Accused Systems, and (3) distributing instructions for using the Accused

10

Systems, all in an infringing manner.  On information and belief, Defendants engaged in such inducement to promote the sales of the Accused Systems, e.g., through user manuals, product support, and marketing materials to actively induce the users of the accused products to infringe the '678 Patent.

26.   On information and belief, Defendants have and continue to contribute to infringement other persons, such as their customers and end users, to directly infringe at least claim 1 of the '678 Patent.  Defendants contribute to infringement by offering to sell, selling within the United States, or importing into the United States materials and apparatus for use with in practicing at least claim 1 of the '678 Patent.  Specifically, on information and belief, Defendants know that their products with a HDMI receptacle, for example, and materials and apparatus designed for use with this receptacle, constitute a material and component part of the invention of the '678 Patent, and is infringing, and that it is not a staple article or commodity of commerce suitable for substantial non-infringing use, and it has no use apart from infringing the '678 Patent.

27.   On information and belief, Defendants have had knowledge of the '678 Patent since at least the filing of this Complaint.

28.   On information and belief, Defendants will continue to infringe the '678 Patent unless enjoined by this Court.

29.   As a direct and proximate result of Defendants' infringement of the '678 Patent, Interface has been and continues to be, damaged in an amount yet to be determined, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

30.   Unless a preliminary and permanent injunction are issued enjoining Defendants and their officers, agents, servants and employees, and all others acting on their behalf or in concert with Defendants, from infringing the '678 Patent, Interface, will be greatly and irreparably harmed.

## **PRAYER FOR RELIEF**

WHEREFORE, Interface prays for judgment against Defendants as follows:

(1)      For a judicial decree that Defendants have infringed, and continue to infringe, the '678 Patent;

(2)      For a judicial decree that Defendants, their respective subsidiaries, officers, agents, servants, employees, licensees, and all other persons or entities acting or attempting to act in active concert or participation with it or acting on their behalf, be preliminarily and permanently enjoined from further infringement of the '678 Patent;

(3)      For a judicial decree that orders Defendants to account for and pay to Interface all damages caused to Interface by reason of Defendants' infringement pursuant to 35 U.S.C. Section 284, including enhanced damages;

(4)      For a judicial decree finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees;

(5)      For a judicial decree that Defendants pay an ongoing royalty in an amount to be determined for continued infringement after the date of judgment;

(6)      For a judicial decree awarding to Interface pre-judgment and post-judgment interest on the damages caused to it by Defendants' infringement; and

(7)      For any such other and further relief as the Court may deem just and proper under the circumstances.

Dated:  April 27, 2017                    **ONE LLP**

By:/s/*John E. Lord*
                John E. Lord
                Attorneys for Plaintiff,
                Interface Linx, LLC

12

1

## DEMAND FOR JURY TRIAL

2

Plaintiff Interface hereby demands trial by jury in this action.

3

Dated:  April 27, 2017                          **ONE LLP**

4

5

By:/s/*John E. Lord*

6

John E. Lord
Attorneys for Plaintiff,

7

Interface Linx, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13

# EXHIBIT A



US006508678B1

(12) **United States Patent**
Yang

(10) Patent No.: **US 6,508,678 B1**
(45) Date of Patent: **Jan. 21, 2003**

(54) **ELECTRICAL CONNECTOR ASSEMBLY**

(75) Inventor: **Sheng-Ho Yang**, Taipei Hsien (TW)

(73) Assignee: **Advanced Connecteck Inc.**, Taipei Hsien (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 64 days.

(21) Appl. No.: **09/653,129**

(22) Filed: **Aug. 31, 2000**

(51) **Int. Cl.**$^7$ ............................................... **H01R 13/64**
(52) **U.S. Cl.** ........................................ **439/677**; 439/607
(58) **Field of Search** ................................ 439/607, 610, 439/676, 677, 680, 682, 101, 108, 924.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,710,197 | A | * | 1/1973 | Olds et al. .................. 317/118 |
| 5,046,960 | A | * | 9/1991 | Fedder ...................... 439/108 |
| 5,051,099 | A | * | 9/1991 | Pickles et al. ............. 439/108 |
| 5,634,819 | A | * | 6/1997 | Pan et al. .................. 439/637 |
| 5,647,765 | A | * | 7/1997 | Haas et al. ................. 439/609 |
| 5,651,685 | A | * | 7/1997 | Brinkman et al. ............ 439/79 |
| 6,041,498 | A | * | 3/2000 | Hillbish et al. .............. 29/883 |
| 6,171,125 | B1 | * | 1/2001 | Kirkendall ................. 439/218 |

| | | | | |
|---|---|---|---|---|
| 6,261,129 | B1 | * | 7/2001 | Kusagaya ................... 439/677 |
| 6,280,209 | B1 | * | 8/2001 | Bassler et al. .............. 439/101 |
| 6,322,395 | B1 | * | 11/2001 | Nishio et al. .............. 439/607 |
| 6,386,918 | B1 | * | 5/2002 | Zheng et al. .............. 439/607 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| GB | 1029090 | * | 5/1966 | ................. 439/677 |

* cited by examiner

*Primary Examiner*—Tulsidas Patel
*Assistant Examiner*—Thanh-Tam Le
(74) *Attorney, Agent, or Firm*—Merchant & Gould P.C.

(57) **ABSTRACT**

An electrical connector assembly includes a plug having a first mating portion defined by a multi-sided first confining wall, and a receptacle having a second mating portion defined by a multi-sided second confining wall. Each of the first and second confining walls has opposite first and second sides, a pair of opposite third sides respectively connected to two opposite ends of the first side, a pair of fourth sides respectively connected to two opposite ends of the second sides, and a pair of fifth sides each extending between and interconnecting one of the third sides and one of the fourth sides. The first side is longer than the second side. The width between the third sides is greater than that between the fourth sides. The fifth sides are angled away from each other while extending from the fourth sides to the third sides.

**5 Claims, 9 Drawing Sheets**







# F I G.  1
## PRIOR ART



# F I G.  2



F I G. 3



F I G.  4



F I G.  5

U.S. Patent          Jan. 21, 2003          Sheet 5 of 9          US 6,508,678 B1



FIG. 6



F I G. 7



F I G. 8



F I G. 9



F I G. 10



F I G.   11



F I G.   12



# F I G.  13

US 6,508,678 B1

**1**

## ELECTRICAL CONNECTOR ASSEMBLY

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to an electrical connector assembly, more particularly to a USB type electrical connector assembly.

2. Description of the Related Art

FIG. 1 illustrates a conventional USB (Universal Serial Bus Connector) electrical connector assembly that serves as a medium for data transmission in a computer. The assembly includes a receptacle **1** with a complementary plug **2**. The receptacle **1** includes a receptacle housing **12** having a receptacle mating portion **122** formed with a substantially rectangular opening **121** for receiving the plug **2**, a receptacle terminal seat **11** disposed in the receptacle housing **12**, and a plurality of receptacle terminals **111** mounted on the receptacle terminal seat **11** and having ends adapted to be-connected to a printed circuit board **13**. The plug **2** includes a plug housing and a plurality of plug terminals (not shown) mounted in the plug housing. The plug housing has a plug mating portion **21** adapted to mate with the receptacle mating portion **122** and having a cable connecting end **22** adapted to be connected to a cable **23**.

The cable **23** normally has two opposite ends provided with the same plugs **2** that respectively serve as data input and output connectors. As such, there is a tendency to plug a wrong one of the plugs **2** into the receptacle **1** of a printed circuit board when using the cable **23** to connect an electrical device to the printed circuit board, thereby hindering data transmission between the electrical device and the printed circuit board.

### SUMMARY OF THE INVENTION

Therefore, the object of the present invention is to provide an electrical connector assembly that is capable of overcoming the aforementioned drawback.

According to the present invention, an electrical connector assembly comprises a plug that includes a plug housing having a first mating portion, and a plurality of plug terminals mounted inside the plug housing, the first mating portion being defined by a multi-sided first confining wall; and a receptacle that includes a receptacle housing having a second mating portion to mate with the first mating portion, and a plurality of receptacle terminals mounted inside the receptacle housing, the second mating portion being defined by a multi-sided second confining wall, each of the first and second confining walls having opposite first and second sides, a pair of opposite third sides respectively connected to two opposite ends of the first side, a pair of fourth sides respectively connected to two opposite ends of the second sides, and a pair of fifth sides each extending between and interconnecting one of the third sides and one of the fourth sides, the first side being longer than the second side, the width between the third sides being greater than that between the fourth sides, the fifth sides being angled away from each other while extending from the fourth sides to the third sides.

### BRIEF DESCRIPTION OF THE DRAWINGS

In drawings which illustrate embodiments of the invention,

FIG. 1 is an exploded perspective view of a conventional electrical connector assembly adapted to be connected to a printed circuit board;

**2**

FIG. 2 is an exploded perspective view of an electrical connector assembly embodying this invention;

FIG. 3 is an exploded perspective view of a plug of the electrical connector assembly of FIG. 2;

FIG. 4 is a fragmentary perspective view of the plug of FIG. 3;

FIG. 5 is a partly exploded perspective view of the plug of FIG. 3;

FIG. 6 is an exploded perspective view of a receptacle of the electrical connector assembly of FIG. 2;

FIG. 7 is a cross-sectional side view of a mating portion of the receptacle of FIG. 6;

FIG. 8 is a cross-sectional side view to illustrate mating of the receptacle of FIG. 6 and the plug of FIG. 3;

FIG. 9 is a front view of the receptacle of FIG. 6;

FIG. 10 is a front view of the plug of FIG. 3;

FIG. 11 is a front view to illustrate a modified receptacle of FIG. 6;

FIG. 12 is a front view to illustrate a modified plug of FIG. 3; and

FIG. 13 is a perspective view to illustrate another modified receptacle of FIG. 6.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 2 illustrates an electrical connector assembly embodying this invention. The electrical connector assembly includes a receptacle **4** with a complementary plug **3**.

Referring now to FIGS. 3 to 5, in combination with FIG. 3, the plug **3** includes a plug housing **30** adapted to be connected to a cable **5** at a rear end **32** thereof and having an insulative outer shell **38** and a metal inner shell **37** extending into the outer shell **38**, and a plurality of plug terminals **33** mounted in the plug housing **30**. The inner shell **37** includes a substantially rectangular supporting portion **371** disposed in the outer shell **38**, and a hollow first mating portion **36** defined by a multi-sided first confining wall **36'** and projecting from the supporting portion **371** and out of a front end of the outer shell **38**. The supporting portion **371** includes a U-shaped base piece. **360** having a flat bight portion **363** and two opposite arms **364** which project from two opposite sides of the bight portion **363** in directions substantially perpendicular to the bight portion **363** and which are formed with through-holes **365**, and an inverted U-shaped cover piece **35** coupled with the base piece **360** and having a flat bight portion **353** parallel to the bight portion **363** of the base piece **360** and two opposite arms **351** which project from two opposite sides of the bight portion **353** toward the arms **364** of the base piece **360** and which are formed with tongues **352** that respectively and detachably engage the through-holes **365** when the base piece **360** and the cover piece **35** are coupled together. An arc-shaped plate **366** projects from a rear end of the bight portion **363** to support the cable **5**. A positioning tape **354** is secured to a rear end of the cover piece **35** adjacent to the arc-shaped plate **366** for winding on the cable **5** and the arc-shaped plate **366** so as to firmly fix the cable **5** on the arc-shaped plate **366**. A pair of opposite positioning tongues **362** project inwardly from the first confining wall **36'**. A locking opening **369** is formed in the first confining wall **36'**.

The plug terminals **33** are mounted on a plug terminal seat **34** which includes a base part **341** formed with a plurality of terminal passageways **344** for receiving the plug terminals **33** and having a contact portion **345** which projects into the

3

first mating portion **36**, and a positioning block **342** projecting from the base part **341**, crossing the terminal passageways **344**, and having a plurality of grooves aligned with the passageways **344** to confine the plug terminals **33**. A pair of positioning recesses **343** are formed in two opposite sides of the positioning block **342** to engage the positioning tongues **362** when the plug terminal seat **34** is disposed in the inner shell **37**. An elastic sleeve **39** is sleeved on a connecting end **51** of the cable **5**, and is connected to the plug housing **30** for protecting the cable **5** from being bent.

Referring now to FIGS. 6 and 7, in combination with FIGS. 2 to 5, the receptacle **4** includes a metal receptacle housing **45** adapted to be mounted on a printed circuit board (not shown) and having a substantially U-shaped supporting portion **451'** and a second mating portion **453** defined by a multi-sided second confining wall **453'** and projecting from a front end of the supporting portion **451'**, a receptacle terminal seat **41'** mounted on the supporting portion **451'**, and a plurality of receptacle terminals **43** mounted on the receptacle terminal seat **41'**. The supporting portion **451'** of the receptacle housing **45** has a bight part **452** and two opposite arms **451** projecting from two opposite sides of the bight part **452** in directions substantially perpendicular to the bight part **452**. A cover plate **456** projects from a rear end **454** of the supporting portion **451'**, and has two opposite legs formed with locking recesses **459**. A pair of lugs **450** project from one end of each arm **451** of the supporting portion **451'** of the receptacle housing **45** for engaging the printed circuit board. A pair of elongated slots **455** are formed in the arms **451**, and open at the rear end **454** of the supporting portion **451'**. A pair of tongues **460** project outwardly from the arms **451** between the elongated slot **455** and the lugs **450**. The bight part **452** of the supporting portion **451'** is punched or is stamped to form a main spring arm **457** and a pair of secondary spring arms **458** thereon. The main spring arm **457** has a front end formed with a bent section **457'**.

The receptacle terminal seat **41'** includes a rectangular positioning body **41** and a base part **42'** projecting from a front face **443** of the positioning body **41** and having a contact portion **42** extending into the second mating portion **453** to mate with the contact portion **345** of the base part **341** of the plug terminal seat **34**. A plurality of receptacle terminal passageways **446** are formed in the base part **42'** for receiving the receptacle terminals **43**. The base part **42'** has a side wall **445** defining one side of each receptacle terminal passageway **446** and formed with a plurality of openings **447** that are respectively aligned with and spatially communicated with the receptacle terminal passageways **446**. A pair of protrusions **448** respectively project from two opposite sides of the positioning body **41** to engage the elongated slots **455** in the arms **451** of the supporting portion **451'** when the assembly of the receptacle terminal seat **41** and the receptacle terminals **43** is disposed in the receptacle housing **45**. Each receptacle terminal **43** has a spring arm **436** disposed in one of the receptacle terminal passageways **446** and having a front end formed with a bent portion **437** that protrudes through the respective opening **447** in the side wall **445** of the base part **42'**, and an L-shaped solder tail **439** extending from the spring arm **436** through the positioning body **41** and adapted to be soldered to the printed circuit board (not shown). The legs of the cover plate. **456** are bent at an angle of **900** to permit the locking recesses **459** to engage the tongues **460** at the arms **451** of the supporting portion **451'** after the assembly of the receptacle terminal seat **41** and the receptacle terminals **43** is disposed in the receptacle housing **45**.

Referring now to FIGS. 9 and 10, in combination with FIGS. 3 and 6, each of the first and second confining walls

4

**36'**, **453'** has opposite first and second sides **371**, **372'** (**481**, **482**), a pair of opposite third sides **373** (**483**) respectively connected to two opposite ends of the first side **371** (**481**), a pair of fourth sides **374** (**484**) respectively connected to two opposite ends of the second side **372** (**482**), and a pair of fifth sides **375** (**485**) each extending between and interconnecting one of the third sides **373** (**483**) and one of the fourth sides **374** (**484**). The first side **371** (**481**) is longer than the second side **372** (**482**). The width between the third sides **373** (**483**) is greater than that between the fourth sides **374** (**484**). The fifth sides **375** (**485**) are angled away from each other while extending from the fourth sides **374** (**484**) to the third sides **373** (**483**) The first and second sides **371**, **372** (**481**, **482**) are substantially parallel. The third sides **373** (**483**) are substantially perpendicular to the first side **371** (**481**). The fourth sides **374** (**484**) extend obliquely and respectively from the opposite ends of the second side **372** (**482**). The fifth sides **375**, (**485**) are respectively and substantially perpendicular to the third sides **373** (**483**). The shortest distance (indicated as reference mark H1 shown in FIG. 9 or H1' in FIG. 10) from one of, two opposite ends of each third side **373** (**483**), that is distal from the first side **371** (**481**), to a plane defined by the second side **372** (**482**) is smaller than the distance (indicated as reference mark W1 shown in FIG. 9 or W1' in FIG. 10) from one of the opposite ends of the second side **372** (**482**), that is adjacent to that third side **373** (**483**), to a plane defined by that third side **373** (**483**). The locking opening **369** is formed at the first side **371** of the first confining wall **36'**.

Referring now to FIG. 8, in combination with FIGS. 3 and 7, the locking opening **369** engages the bent section **457'** of the main spring arm **457** of the bight part **452**, and each plug terminal **33** abuts against the bent portion **437** of the respective receptacle terminal **43** when the plug **3** is plugged into the receptacle **4**.

FIGS. 11 and 12 respectively illustrate a modified receptacle **4'** and a modified plug **3'** which are similar to the previous receptacle **4** and the previous plug **3** except that the fourth sides **374'** (**484'**) are substantially perpendicular to the second side **372'** (**482'**), that each fifth side **375'** (**485'**) is oblique relative to the respective third side **373'** (**483'**) and the respective fourth side **374'** (**484'**), and that the shortest distance (indicated as reference mark H2 shown in FIG. 11 or H2' in FIG. 12) from one of two opposite ends of each third side **373'** (**483'**), that is distal from the first side **371'** (**481'**) to the plane defined by the second side **372'** (**482'**) is greater than the distance (indicated as reference mark W2 shown in FIG. 11 or W2' in FIG. 12) from an adjacent one of the opposite ends of the second side **372'** (**482'**) to the plane defined by that third side **373'** (**483'**).

FIG. 13 illustrates another modified receptacle **4"** which is a combination of the previous receptacle **4** and the previous modified receptacle **4'** that are stacked one above the other.

Referring now to FIGS. 3 and 6, the plug terminals **33** include spaced apart two first power terminals **331**, a first detecting terminal **335** disposed adjacent and integrally formed with one of the power terminals **331**, and two spaced apart data terminals **333**, **334**. The receptacle terminals **43** are spaced apart from each other, and include two second power terminals **431**, a second detecting terminal **435** disposed adjacent to one of the power terminals **431**, and two data terminals **433**, **434**. The second detecting terminal **435** is electrically connected to the adjacent one of the second power terminals **431** via the interconnected one of the first power terminals **331** and the first detecting terminal **335** when the plug **3** and the receptacle **4** are coupled together,

US 6,508,678 B1

5

thereby permitting the printed circuit board to distinguish the type of plug that is connected thereto.

With the invention thus explained, it is apparent that various modifications and variations can be made without departing from the spirit of the present invention. It is therefore intended that the invention be limited only as recited in the appended claims.

I claim:

1. An electrical connector assembly, comprising:

a plug that includes a plug housing having a first mating portion, and a plurality of plug terminals mounted inside said plug housing, said first mating portion being defined by a multi-sided first confining wall; and

a receptacle that includes a receptacle housing having a second mating portion to mate with said first mating portion, and a plurality of receptacle terminals mounted inside said receptacle housing, said second mating portion being defined by a multi-sided second confining wall,

each of said first and second confining walls having opposite first and second sides, a pair of opposite third sides respectively connected to two opposite ends of said first side, a pair of fourth sides respectively connected to two opposite ends of said second side, and a pair of fifth sides each extending between and interconnecting one of said third sides and one of said fourth sides, said first side being longer than said second side, said first and second sides being longer than each of said third sides, the width between said third sides being greater than that between said fourth sides, said fifth sides being angled away from each other while extending from said fourth sides to said third sides;

6

wherein said first and second sides are substantially parallel, and said third sides are substantially perpendicular to said first side; and

wherein said fourth sides extend obliquely from said second side.

2. The electrical connector assembly of claim 1, wherein said fifth sides are respectively and substantially perpendicular to said third sides.

3. The electrical connector assembly of claim 2, wherein each of said third sides has two opposite ends, the shortest distance from one of said opposite ends of said third side, that is distal from said first side, to a plane defined by said second side being smaller than that from one of said opposite ends of said second side, that is adjacent to said one of said opposite ends of said third side, to a plane defined by said third side.

4. The electrical connector assembly of claim 1, wherein said plug terminals include a first power terminal and a first detecting terminal which is electrically connected to said first power terminal, and said receptacle terminals include a second power terminal and a second detecting terminal which is spaced apart from said second power terminal and which is electrically connected to said second power terminal via said first power terminal and said first detecting terminal when said first and second mating portions are coupled together.

5. The electrical connector assembly of claim 4, wherein said first power terminal and said first detecting terminal are integrally formed and are punched from a metal plate.

\*   \*   \*   \*   \*